UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO K. STUBBS,

        Plaintiff,                          Case No. 2:24-cv-10129

v.                                          Honorable Susan K. DeClercq
                                                United States District Judge

TALESHA JACKSON et al.,

                                                Honorable Elizabeth A. Stafford
       Defendants.                   United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 24), AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 20)**

On November 12, 2024, Magistrate Judge Elizabeth A. Stafford issued a report, ECF No. 24, recommending that the Court grant in part and deny in part Defendants' Motion for Summary, ECF No. 20. Judge Stafford provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Stafford's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 24, is **ADOPTED**.

Further, it is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 20, is **GRANTED IN PART AND DENIED IN PART**, as follows:

- 2 -

1. The motion is **GRANTED** as to Defendants Crawford and LaBreck.

2. The motion is **DENIED** as to Defendant Jackson.

Consequently, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE** as to only Defendants Crawford and LaBreck.

**This is not a final order and does not close the above-captioned case**.

<u>/s/Susan K. DeClercq</u>
SUSAN K. DeCLERCQ
United States District Judge

Dated:  January 14, 2025