UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO K. STUBBS,

                        Plaintiff,

v.

TALESHA JACKSON,

                        Defendant.

Case No. 24-cv-10129
Honorable Susan K. DeClercq
Magistrate Judge Elizabeth A. Stafford

## ORDER GRANTING DEFENDANT'S MOTION TO TAKE PLAINTIFF'S DEPOSITION (ECF NO. 33)

Plaintiff Ricardo K. Stubbs, a pro se prisoner, filed this civil rights action under 42 U.S.C. § 1983 based alleged violations of his constitutional rights. ECF No. 1. The Honorable Susan K. DeClercq referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 14. Defendant Talesha Jackson moves for leave to depose Stubbs under Federal Rule of Civil Procedure 30(a)(2)(B). ECF No. 33.

Under Rule 30(a)(2), a party must obtain leave of the court to depose a person who is confined in prison, and the court must grant such leave when it is consistent with the scope and limits of discovery set forth in Rule 26(b)(2). The requirements of Rule 30(a)(2) are satisfied. Stubbs is

currently incarcerated at the Thumb Correctional Facility, and Jackson's

request to depose him aligns with Rule 26(b).  Jackson's motion for leave

to depose Stubbs is **GRANTED**.

> s/Elizabeth A. Stafford
> ELIZABETH A. STAFFORD
> United States Magistrate Judge

Dated: May 4, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file

objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The

district judge may sustain an objection only if the order is clearly erroneous

or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a

magistrate judge's ruling on a non-dispositive motion, the ruling

remains in full force and effect unless and until it is stayed by the

magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel
of record and any unrepresented parties via the Court's ECF System to
their email or First Class U.S. mail addresses disclosed on the Notice of
Electronic Filing on May 4, 2025.

> s/Davon Allen
> DAVON ALLEN

2

Case Manager