UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICARDO K. STUBBS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TALESHA JACKSON,<br><br>　　　　　　　　Defendant. | Case No. 24-cv-10129<br>Honorable Susan K. DeClercq<br>Magistrate Judge Elizabeth A. Stafford |

# ORDER TO SHOW CAUSE AND DENYING PLAINTIFF'S MOTION OBJECTING TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 51)

Plaintiff Ricardo K. Stubbs, a prisoner of the Michigan Department of Corrections (MDOC), sues Defendant Talesha Jackson under 42 U.S.C. § 1983, alleging violations of his constitutional rights. ECF No. 1. The Honorable Susan K. DeClercq referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 14.

Jackson moved for summary judgment on August 6, 2025. ECF No. 44. The Court ordered Stubbs to respond by August 29, 2025. ECF No. 46. But he has not responded. Stubbs must show cause in writing by **September 29, 2025**, why the case should not be dismissed for the reasons described in Jackson's motion or for failure to prosecute under

E.D. Mich. LR 41.2. Failure to timely respond may result in a recommendation to dismiss the case.

Stubbs objected to Jackson's motion, claiming that she exceeded the page limitation imposed by the Court. ECF No. 51. The Court granted Jackson's motion to file excess pages and stated that her motion for summary judgment could not exceed 35 pages. ECF No. 40. Jackson's brief in support of her motion is 35 pages and does not exceed the page limit. ECF No. 44. Stubbs's motion to exceed the page limit and file a brief of 35 pages was likewise granted. And by requiring him to show cause by September 29 why the motion should not be granted, the Court has effectively extended the response deadline by a month. Thus, Stubbs suffers no prejudice from Jackson's 35-page motion, as argued in his objections, and his motion is **DENIED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: September 8, 2025

**NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 8, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager