UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO K. STUBBS,

        Plaintiff,

v.

TALESHA JACKSON,

        Defendant.
_____/

Case No. 2:24-cv-10129

Honorable Susan K. DeClercq
United States District Judge

Honorable Elizabeth A. Stafford
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 57), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 44) AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 30)**

On October 10, 2025, Magistrate Judge Elizabeth Stafford, issued a report, ECF No. 57, recommending that this Court grant the motion for summary judgment filed by Defendant Talesha Jackson, ECF No. 44, and deny the motion for summary judgment filed by Plaintiff Ricardo Stubbs, ECF No. 30. Judge Stafford provided 14 days to object, ECF No. 57 at PageID.696, but neither party did so. They have therefore forfeited their right to appeal Judge Stafford's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report and recommendation and the parties' filings, this Court agrees with Judge Stafford's recommendation and finds no clear error. So the report will be adopted in full.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 57, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 44, is **GRANTED**, and Plaintiff's Motion for Summary Judgment, ECF No. 30, is **DENIED**. Plaintiff's Complaint, ECF No. 1, is therefore **DISMISSED**.

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated:  November 12, 2025